# **EXHIBIT 2**

Joseph Skinner, #10832
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Email: joseph@scalleyreading.net

Stuart M. Richter (*pro hac vice granted*)
Andrew J. Demko (*pro hac vice granted*)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel.   (310) 788-4400
Email: stuart.richter@kattenlaw.com
       andrew.demko@kattenlaw.com

Attorneys for Quick Fi Capital Inc. and Daniel Hardwick

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Thomas Alvord,<br><br>            Plaintiff,<br><br>v.<br><br>**Quick Fi Capital Inc.**, a corporation; **Daniel Hardwick** individually and as CEO of Hardwick Investors Group LLC dba Quick Fi Capital; and **Texnicha Outsourcing Solution**, a corporation,<br><br>            Defendants. | DECLARATION OF MARK TALIMAN IN SUPPORT OF MOTION TO DISMISS<br><br>Case No. 2:19-CV-000459<br><br>**Chief Magistrate Judge Paul M. Warner** |
|---|---|

I, Mark Taliman, declare as follows:

1.     I am the Chief Executive Officer of Texnicha Outsourcing Solution ("Texnicha"). Texnicha is a fulfillment company that is located in the Philippines. It is not owned by or affiliated with Defendants Hardwick Investors Group LLC dba Quick Fi Capital (erroneously sued as Quick Fi Capital Inc. but hereinafter referred to as "Quick Fi") or Daniel Hardwick.

1

2.   Texnicha operates a call center and its customers retain Texnicha to make outgoing calls and respond to incoming calls. Texnicha also uses its call center to generate leads for potential customers seeking financing. Texnicha does not provide or arrange financing; it refers the leads it generates to companies that provide or arrange financing. In return, Texnicha is paid a referral fee or commission by the company that arranges or provides the financing.

3.   Texnicha has referred leads to Quick Fi, but Quick Fi is not the only company that is referred leads by Texnicha. Texnicha will refer leads to several different companies that provide or arrange financing for small businesses.

4.   I am aware of the claims by Thomas Alvord against Quick Fi. The number Mr. Alvord identifies as his cell phone was provided to Texnicha by another company called Growth Capital ("Growth"). Texnicha was told the list did not contain numbers on the "Do Not Call" list or cell phone numbers. The list was not provided to Texnicha by Quick Fi or Mr. Hardwick. Texnicha was not calling the numbers on the list on behalf of Quick Fi. Texnicha was calling the numbers to generate leads for potential financing and was intending to refer the leads to any of several potential financing sources.

5.   Texnicha's call records indicate that Mr. Alvord called Texnicha and inquired about financing in response to a call from Texnicha. The call was transferred to Quick Fi. It could have been transferred to any of the financing sources that are referred leads by Texnicha.

6.   On or about July 23, 2019, I received an email from someone who identified himself as Branden Olsen from "Funded Today." This person inquired about Texnicha's business. Copies of the emails I received and sent to this person are attached as Exhibit 2-A.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___ day of August, 2019 in _____[location].

_____
Mark Taliman

# **EXHIBIT 2-A**



2. Some of the loan companies we've seen do well include On Deck Capital, Lendio, Quick Fi, Kabbage, etc. It's important to find a company with experience. Do you have a list of some of the loan companies you work with so we can see your experience?

    The list bellow are some of the top companies we have work in the past.

    1. Bizbloom
    2. Bizfi Known also us Next level Funding or Merchant Cash and Capital
    3. Capital Advance Solution
    4. Lendio
    5. Mom and Pop
    6. On Deck
    7. Zip Capital Group

3. Will you close the leads for us? Do you do warm transfers?

   - Our process only involved warm transfers base on your criteria. Lead transferred to you are all exclusive to you 101% guarantee.

4. Do we provide the phone numbers to you? We have twilio numbers we could provide.

   - It would be better that you can provide phone numbers and the calling list. We have our own dialer that we can use it.

5. What policies do you have regarding TCPA, autodialers, Do Not Call list, etc? Do we set that policy with you? Or do you just have a company-wide policy that applies to all clients you call for?

   - We comply under your TCPA and all National Do Not Call List. We cannot afford clients / merchants to complain against our business.

6. Do we provide you with the list of phone numbers to call? Or do you have your owns lists of phone numbers?

   - Either or. My client's provide me all the tools needed. However, we also have our own calling list and some resources that we can use.

Best Regards,

Outbound Calls

**Branden Olsen** 3 days ago
to me

Hello,

I'm with the company Funded Today.

I came across your information online. I was wondering if you are taking on new clients for outbound calls?

Are you able to make outbound calls to identify people interested in business loans?

If so, do you have some information you could provide me with?

Thanks,
Branden Olsen

---

**Mark Taliman** 3 days ago
to Branden

Thank you for your interest in our company.

Brief information about us, we are a full scale call center company that handles both inbound and outbound process. Our staff are well trained and keen oriented.

In refers to your inquiry above, We had experience in working on the campaings Merchant Cash Advance, Business loan Process and Mortgage. Our rate starts at 5 usd per hour per agent with a minimum of 10 reps for 8 hours a day working 5 days a week, we also required a week upfront full payments before we can proceed on live.

Should you have any further questions please do not hesitate to contact us.