# Exhibit A

**Branden Olsen** <brandenolsen80@gmail.com>  
To: Mark Taliman <texnicha@gmail.com>  
Wed, Jul 24, 2019 at 9:14 AM

Mark,

I did receive your email. Everything looks great. Thanks!

One last question. Quick Fi Capital was in a lawsuit last year. It was Joseph Menichiello v. Hardwick Investors Group, LLC dba Quick Fi Capital.

You said you have been working with Quick Fi for 4 years. It looks like the calls in that lawsuit maybe were made by Texnicha?

It's not a big deal, but just want to understand what happened there.

Thanks,
Branden

P.S. I'll should be able to finalize everything with my partner today or tomorrow.

---

**Mark Taliman** <texnicha@gmail.com>  
To: Branden Olsen <brandenolsen80@gmail.com>  
Wed, Jul 24, 2019 at 12:20 PM

Branden,

I have no idea on what you have said. Quickfi never get us that update. Only now that you have said it to me. Daniel Hardwick and Alex Cutrone manage our leads in regards with the dialing and TCPA and National DNC.

In regards on that, They also work with different Call Center and some individual or we called freelancers. Texnicha always make sure our client are the top priority.

Regards
[Quoted text hidden]

---

**Branden Olsen** <brandenolsen80@gmail.com>  
To: Mark Taliman <texnicha@gmail.com>  
Wed, Jul 24, 2019 at 12:58 PM

Mark,

That makes sense.

When you say they manage the leads, what exactly do you mean?

Thanks,
Branden
[Quoted text hidden]

---

**Mark Taliman** <texnicha@gmail.com>  
To: Branden Olsen <brandenolsen80@gmail.com>  
Wed, Jul 24, 2019 at 1:01 PM

Branden,

They run all the list into TCPA and National DNC removal before they sent us the list to call.
[Quoted text hidden]

---

**Mark Taliman** <texnicha@gmail.com>  
To: Branden Olsen <brandenolsen80@gmail.com>  
Wed, Jul 24, 2019 at 1:05 PM

Branden,

Daniel Hardwick has always more than fair enough in running our deal. They make sure we are always meet at the middle of negotiation that's why we had a very successful campaign.

From the calling list they provide, VoIp calls and conversion of our productions, they run it smoothly.

Do you know them personally ? or they are a good friend of you?