Rebecca Horne, #16846
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: (385) 233-6612 ext. 3152
Email: rhorne@lawhq.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**
Court Address: 351 South West Temple, Salt Lake City, UT 84101

| | |
|---|---|
| **THOMAS ALVORD,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**QUICK FI CAPITAL INC.,** a corporation; **DANIEL HARDWICK** individually and as CEO of Hardwick Investors Group LLC dba Quick Fi Capital; and **TEXNICHA OUTSOURCING SOLUTION**, a corporation,<br><br>Defendants. | **PROOF OF SERVICE**<br><br>Civil No. 2:19-cv-000459<br><br>**Senior Judge Dee Benson** |

Comes now the Plaintiff through his attorney, Rebecca Horne, and hereby gives notice that the Defendant, Texnicha Outsourcing Solution, was served pursuant to Federal Rule of Civil Procedure 4(h) with an Amended Summons and a copy of the Amended Complaint on file herein. Attached hereto is a copy of the Affidavit of Service indicating that Defendant Texnicha

Outsourcing Solution received service of the Amended Summons and a copy of the Amended Complaint on August 8, 2019.

Date: September 3, 2019

Respectfully submitted,

/s/ *Rebecca Horne*

Rebecca Horne
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of September, 2019, I served a true and correct copy of the foregoing Proof of Service to the following by CM/ECF and email:

Thomas Alvord
10782 N. La Costa
Cedar Hills, Utah 84062
Email: thomas@lawhq.com

*Plaintiff*

Joseph Skinner, #10832
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Email: joseph@scalleyreading.net

Stuart M. Richter (applying pro hac vice)
Andrew J. Demko (applying pro hac vice)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel. (310) 788-4400
Email: stuart.richter@kattenlaw.com
andrew.demko@kattenlaw.com

*Attorneys for Defendants Quick Fi and Daniel Hardwick*

Date: September 3, 2019

/s/ *Rebecca Horne*

Rebecca Horne
Attorney for Plaintiff




# Affidavit of Service

**Person served;** Texnicha Outsourcing Solutions
Owner Mark Ybasco Taliman
14 Banilad Greens
Cebu City, 6000, Philippines

**Documents served;** Summons, Amended Complaint

**Service Data:** [X] Served Successfully [ ] Not Served

Date/Time: August 8, 2019 2:15 P.M.

[X] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Attempts: Date/Time: ______
Date/Time: ______
Date/Time: ______

Name of Person Served and relationship/title:

______

______

**Description of Person Accepting Service:**
SEX: M AGE: 30 HEIGHT: 5'6" WEIGHT: 150 SKIN: BRN HAIR: BLK OTHER: ______

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on: Date/Time: ______
Date/Time: ______
Date/Time: ______

Other:

**Served Data:**
Subscribed and Sworn to me this ______ day of 14 AUG 2019, 20______

Notary Signature: ______

______ Name of Notary ______ Commission Expiration

I, Ronelyn Quio, was at the time of service a competent adult, over the age of 18 and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

[signature] Signature of Process Server 08/14/2019 Date

[signature]
ATTY. NATHAN JOSEPH P. RAMACHO
NOTARY PUBLIC UNTIL DEC. 31, 2019
FOR THE CITY OF DUMAGUETE, AND THE MUNICIPALITIES OF SIBULAN, BACONG, VALENCIA, DAUIN, ZAMBOANGUITA, AND SIATON, ALL OF THE PROVINCE OF NEGROS ORIENTAL
ROLL NO. 65300/NOTARIAL SERIAL NO. 2018-032
PTR NO. 0842753, 1/07/2019, BACONG, NEG. OR.
LIFETIME IBP NO. 1042150 12/20/2016, DUMAGUETE CITY
MCLE COMPLIANCE NO. VI-0009236, VALID UNTIL APRIL 14, 2022
OFFICE ADDRESS: NATIONAL HIGHWAY, BANILAD, BACONG, NEG. OR

DOC. NO. 353;
PAGE NO. 72;
BOOK NO. IV;
SERIES OF 2019;