Rebecca Horne, #16846
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: (385) 233-6612 ext. 3152
Email: rhorne@lawhq.com

*Attorney for Plaintiff*

---

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

Court Address: 351 South West Temple, Salt Lake City, UT  84101

| | |
|---|---|
| **THOMAS ALVORD,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**QUICK FI CAPITAL INC.,** a corporation; **DANIEL HARDWICK** individually and as CEO of Hardwick Investors Group LLC dba Quick Fi Capital; and **TEXNICHA OUTSOURCING SOLUTION**, a corporation,<br><br>Defendants. | **MOTION FOR DEFAULT CERTIFICATE FOR DEFENDANT TEXNICHA OUTSOURCING SOLUTION**<br><br>Case No. 2:19-cv-000459<br>**Senior Judge Dee Benson** |

Comes now the Plaintiff through his attorney, Rebecca Horne, and submits this Motion for Default Certificate.

The Summons and Verified Complaint were served on August 8, 2019, at 2:15 p.m. Proof of Service has been filed and is attached.

The time in which to file an Answer has passed, and Defendant Texnicha Outsourcing

Solution has not answered or otherwise appeared.

Under Utah Rule of Civil Procedure 55, Plaintiff moves that the clerk of court enter the Defendant Texnicha Outsourcing Solution's default and issue a Default Certificate.

Date: September 3, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Rebecca Horne*

　　　　　　　　　　　　　　　　　　　　　Rebecca Horne
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of September, 2019, I served a true and correct copy of the foregoing Motion for Default Certificate to the following by CM/ECF and email:

Thomas Alvord
10782 N. La Costa
Cedar Hills, Utah 84062
Email: thomas@lawhq.com

*Plaintiff*

Joseph Skinner, #10832
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Email: joseph@scalleyreading.net

Stuart M. Richter (applying pro hac vice)
Andrew J. Demko (applying pro hac vice)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel. (310) 788-4400
Email: stuart.richter@kattenlaw.com
andrew.demko@kattenlaw.com

*Attorneys for Defendants Quick Fi and Daniel Hardwick*

Date: September 3, 2019

    /s/ *Rebecca Horne*
Rebecca Horne
Attorney for Plaintiff