Joseph Skinner, #10832
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Email: joseph@scalleyreading.net

Stuart M. Richter (*pro hac vice granted*)
Andrew J. Demko (*pro hac vice granted*)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel.     (310) 788-4400
Email: stuart.richter@kattenlaw.com
           andrew.demko@kattenlaw.com

Attorneys for Defendants Quick Fi Capital Inc. and Daniel Hardwick

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Thomas Alvord,<br><br>                             Plaintiff,<br><br>v.<br><br>Quick Fi Capital Inc., a corporation; Daniel Hardwick individually and as CEO of Hardwick Investors Group LLC dba Quick Fi Capital; and Texnicha Outsourcing Solution, a corporation,<br><br>                             Defendants. | REQUEST TO SUBMIT FOR DECISION<br><br><br><br>Case No. 2:19-CV-000459<br><br>Senior Judge Dee Benson |
|---|---|

Pursuant to Local Rule 7-3 of the Federal Rules of Civil Procedure, defendants Quick Fi Capital Inc. and Daniel Hardwick, request that the following be submitted for decision:

- Motion to Dismiss by Defendants Quick Fi Capital Inc. and Daniel Hardwick, filed August 16, 2019 (the second motion to dismiss, filed in response to the Amended Complaint that was filed on August 2, 2019).

- Memorandum in Opposition to Defendant's Second Motion to Dismiss, filed August 30, 2019.

- Defendants Quick Fi Capital Inc.'s and Daniel Hardwick's Reply to Plaintiffs Memorandum in Opposition to Defendant's Second Motion to Dismiss, filed September 12, 2019.

The motion is therefore ready for hearing or decision by the court.

DATED this 4th day of October, 2019.

                                       SCALLEY READING BATES
                                       HANSEN & RASMUSSEN, P.C.

                                       */s/ Joseph A. Skinner*
                                       Joseph A. Skinner
                                       Attorneys for Quick Fi Capital Inc. and Daniel Hardwick

## **CERTIFICATE OF SERVICE**

      Pursuant to Utah R. Civ. P. 5, I certify that on the 4th day of October, 2019, I served a true and correct copy of the foregoing Request to Submit for Decision to the following by efiling:

Rebecca Horne
rhorne@lawhq.com


                                             */s/ Emily Appel*
                                             Emily Appel