## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **Thomas Alvord,** an individual,<br><br>        Plaintiff,<br><br>v.<br><br>**Quick Fi Capital Inc.,** a corporation; **Daniel Hardwick** individually and as CEO of Hardwick Investors Group LLC dba Quick Fi Capital; and **Texnicha Outsourcing Solution**, a corporation<br><br>        Defendants. | **ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT TEXNICHA OUTSOURCING SOLUTION**<br><br><br>Civil No. 2:19-CV-000459<br><br>**Judge Dee Benson** |

Plaintiff seeks an Order of Judgment against Defendant Texnicha Outsourcing Solution pursuant to Federal Rule of Civil Procedure 55(b)(1). Plaintiff served Defendant on August 8, 2019. Defendant failed to plead or otherwise defend within the time allowed by law. The clerk of court granted and issued a Default Certificate on October 29, 2019 (Docket No. 35).

Accordingly, Plaintiff's Motion (Docket No. 36) is granted, and judgment is entered against Defendant Texnicha Outsourcing Solution for the amount of $51,000.00, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure.

DATED this 6th day of November, 2019.        BY THE COURT

_____
DEE BENSON, Judge
United States District Court