FILED
U.S. DISTRICT COURT

2020 JAN 30  P 1: 13

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

Rebecca Evans, #16846
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: (385) 233-6612 ext. 3152
Email: rebecca@lawhq.com

*Attorney for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION
Court Address: 351 South West Temple, Salt Lake City, UT  84101

| | |
|---|---|
| **THOMAS ALVORD**, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>**QUICK FI CAPITAL INC.**, a corporation;<br>**DANIEL HARDWICK** individually and as<br>CEO of Hardwick Investors Group LLC dba<br>Quick Fi Capital; and **TEXNICHA**<br>**OUTSOURCING SOLUTION**, a<br>corporation,<br><br>      Defendants. | **APPLICATION FOR**<br>**WRIT OF GARNISHMENT**<br><br>Civil No.: 2:19-CV-000459<br>Senior Judge Dee Benson |

The Plaintiff hereby applies for a writ of garnishment against Defendant Texnicha

Outsourcing Solution on the following grounds:

1. That judgment was entered in the above-cited action requiring the payment of money in

   the amount of $51,000.00.  The amount that remains due on the judgment is $51,000.00.

2. That the property to be seized does not consist of earnings from personal services, but is

   wholly funds received by Defendant corporation Texnicha Outsourcing Solution,

deposited into owner Mark Taliman's Xoom account by telemarketing corporations. The funds to be seized are held in or consistently transferred to the following Xoom (PayPal) account:

> Account Owner: Mark Taliman (alternatively known as Texnicha Outsourcing Solutions)
> Address: El Dorado Subdivision, Cebu City, Philippines, 6014
> Phone number: 09324127555
> Email: texnicha@gmail.com

3. No other persons beyond the account owner and no other creditors are known to claim an interest in the property.

4. The garnishee fee established by Utah Code Section 78A-2-216 is attached.

Date: January 30, 2020

Respectfully submitted,

/s/ *Rebecca Evans*
_____

Rebecca Evans
Attorney for Plaintiff