Rebecca Evans, #16846
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: (385) 233-6612 ext. 3152
Email: rebecca@lawhq.com

*Attorney for Plaintiff*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **Thomas Alvord,** an individual,<br><br>Plaintiff,<br>vs.<br><br>**Quick Fi Capital Inc.**, a corporation; **Daniel Hardwick**, individually and as CEO of Hardwick Investors Group LLC dba Quick Fi Capital; and **Texnicha Outsourcing Solution**, a corporation,<br><br>Defendants. | **ORDER GRANTING MOTION TO COMPEL**<br><br>Case No. 2:19-CV-00459<br><br>**Senior Judge Dee Benson** |

This matter is before the Court on Plaintiff's Motion to Compel. Having considered the motion, and for good cause shown, the Motion is hereby GRANTED.

Garnishee PayPal shall have ten (10) days after the date of this ORDER to respond to Plaintiff's Writ and deliver the information and documents requested, or face further, more severe, sanctions.

WHEREFORE, the Court ORDERS that Garnishee PayPal will provide full and complete responses, without objection, to Plaintiff's Writ within 10 days of the entry of this Order or be subject to further, more severe, sanctions; and FURTHER ORDERING that Garnishee PayPal will produce all of the documents responsive to the Writ within 10 days of the entry of this order or be subject to further, more severe, sanctions.

IT IS SO ORDERED.

DATED the _____ day of March, 2020.

_____