Rebecca Evans, #16846
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: (385) 233-6612 ext. 3152
Email: rebecca@lawhq.com

*Attorney for Plaintiff*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **Thomas Alvord,** an individual,<br><br>Plaintiff,<br>vs.<br><br>**Quick Fi Capital Inc.**, a corporation; **Daniel Hardwick**, individually and as CEO of Hardwick Investors Group LLC dba Quick Fi Capital; and **Texnicha Outsourcing Solution**, a corporation,<br><br>Defendants. | **NOTICE OF SETTLEMENT WITH DEFENDANTS QUICK FI AND DANIEL HARDWICK**<br><br>Case No. 2:19-CV-00459<br><br>**Magistrate Judge Daphne A. Oberg** |

Plaintiff Thomas Alvord, ("Alvord"), through his counsel, with the notice and permission of Defendants Quick Fi Capital Inc. ("Quick Fi") and Daniel Hardwick ("Hardwick"), respectfully notify the Court that they have settled the parties' disputes in this matter. A notice of voluntary dismissal for Defendants Quick Fi and Hardwick will be filed separately, in due course. As a result, Alvord, Quick Fi, and Hardwick request that the Court vacate all pending deadlines and stay the case, including the hearing currently scheduled for June

29, 2020. A separate default judgment has been granted for Defendant Texnicha, and Plaintiff respectfully requests the Court keep the case open until the judgment has been satisfied. Further subpoenas and applications for writs are forthcoming in regards to Defendant Texnicha, in order to identify assets to satisfy the judgment. However, the pending Motion to Compel in regards to non-party PayPayl is moot per PayPal's belated answers to the Garnishee Interrogatories.

WHEREFORE, the parties respectfully request that the Court vacate the hearing currently scheduled for June 29, 2020 and give notice of the settlement between Plaintiff and QuickFi/Hardwick.

DATED this 24th day of June, 2020.

        LawHQ, LLC

        /s/ *Rebecca Evans*
        Rebecca Evans
        Attorney for Plaintiff

        SCALLEY READING BATES
        HANSEN & RASMUSSEN, P.C.

        /s/  *Joseph A. Skinner*
        Joseph A. Skinner
        Attorney for Quick Fi Capital Inc.
        Attorney for Daniel Hardwick

## CERTIFICATE OF SERVICE

      I certify that on the 24th day of June, 2020, I served a true and correct copy of the foregoing Notice of Settlement to the following by CM/ECF, and email.

| | |
|---|---|
| Thomas Alvord<br>10782 N. La Costa<br>Cedar Hills, Utah 84062<br>Email: thomas@lawhq.com<br>*Plaintiff* | Stuart M. Richter (pro hac vice), #126231<br>Andrew J. Demko (pro hac vice), #247320<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>Tel. (310) 788-4400<br>Email: stuart.richter@kattenlaw.com<br>andrew.demko@kattenlaw.com<br>*Attorneys for Defendants* |
| Joseph Skinner, #10832<br>SCALLEY READING BATES<br>HANSEN & RASMUSSEN, P.C.<br>15 West South Temple, Suite 600<br>Salt Lake City, Utah 84101<br>Telephone: (801) 531-7870<br>Email: joseph@scalleyreading.net<br>*Attorney for Defendants* | Rachel A. Oplinger (pro hac vice), #52320<br>KATTEN MUCHIN ROSENMAN LLP<br>550 S. Tryon Street, Suite 2900<br>Charlotte, NC 28202<br>Tel. (704) 344-3090<br>*Attorneys for Defendants* |

Date: June 24, 2020

                                                /s/ *Rebecca Evans*
                                                Rebecca Evans
                                                Attorney for Plaintiff