Rebecca Evans, #16846
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: (385) 233-6612 ext. 3152
Email: rebecca@lawhq.com

*Attorney for Plaintiff*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **Thomas Alvord,** an individual,<br><br>       Plaintiff,<br> vs.<br><br>**Quick Fi Capital Inc.**, a corporation; **Daniel Hardwick**, individually and as CEO of Hardwick Investors Group LLC dba Quick Fi Capital; and **Texnicha Outsourcing Solution**, a corporation,<br><br>       Defendants. | **NOTICE OF MOOTNESS OF PLAINTIFF'S MOTION TO COMPEL**<br><br>Case No. 2:19-CV-00459<br><br>**Magistrate Judge Daphne A. Oberg** |

Plaintiff Thomas Alvord, ("Alvord"), through his counsel, respectfully notifies the Court that the Motion to Compel, filed March 20, 2020 [Dkt. #47] is moot, as third party PayPal belatedly complied with the writ on March 23, 2020 [Dkt. #48].

WHEREFORE, Plaintiff respectfully requests the Court vacate the Motion to Compel [Dkt. #47] for mootness.

DATED this 24th day of June, 2020.

                                                  LawHQ, LLC

                                                  /s/ *Rebecca Evans*
                                                  Rebecca Evans
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I certify that on the 24th day of June, 2020, I served a true and correct copy of the foregoing Notice of Mootness of Plaintiff's Motion to Compel to the following by CM/ECF, and email.

Thomas Alvord
10782 N. La Costa
Cedar Hills, Utah 84062
Email: thomas@lawhq.com
*Plaintiff*

Joseph Skinner, #10832
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Email: joseph@scalleyreading.net
*Attorney for Defendants*

Stuart M. Richter (pro hac vice), #126231
Andrew J. Demko (pro hac vice), #247320
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel. (310) 788-4400
Email: stuart.richter@kattenlaw.com
andrew.demko@kattenlaw.com
*Attorneys for Defendants*

Rachel A. Oplinger (pro hac vice), #52320
KATTEN MUCHIN ROSENMAN LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202
Tel. (704) 344-3090
*Attorneys for Defendants*

Date: June 24, 2020

      /s/ *Rebecca Evans*
_____
      Rebecca Evans
      Attorney for Plaintiff