Thomas Alvord, #14119
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: (385) 285-1090
Email: thomas@lawhq.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **Thomas Alvord,** an individual; <br><br> Plaintiff, <br><br> v. <br><br> **Texnicha Outsourcing Solution, a corporation**; <br><br> Defendant. | **INTERROGATORIES TO GARNISHEE** <br><br> Civil No. 2:19-CV-459-DAK-DAO |

*(Give your answers in the spaces provided and attach additional sheets if necessary.)*

1. Are you indebted to the Defendant(s) either in property or money?

    ANSWER: _____

2. What is the nature of the indebtedness?

    ANSWER: _____

    _____

3. What is the total amount of the indebtedness?

    ANSWER: $ _____

4. Is the indebtedness now due?

    ANSWER:_____

5. If not, when is it to become due?

   ANSWER:_____

6. Have you in your possession, in your charge or under your control any property or money in which Defendant(s) has (have) an interest other than as set forth in your answers above?

   ANSWER:_____

7. If so, identify or describe such property or money and value of defendant's interest on it.

   ANSWER:_____

| Identification or or Description | Amount or Value of Defendant's Interest |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

8. Do you know of any debts owing or which may be owing from any other person to Defendant(s) whether due or not, or of any property of Defendant(s) or in which Defendant(s) has (have) an interest in any person's possession or control?

   ANSWER:_____

9. If so, state the full particulars thereof, including the amount, identification of any Third Party with interest, and description of the debt and/or location of the custodian.

   ANSWER:_____
   _____

_____

_____

10. Have you retained or deducted from the property or money you owe in debt to Defendant any amount in payment, whether full or in part, of a debt owed in debt to you by either the Defendant or Plaintiff?

    ANSWER:_____

11. If so, please indicate the amount so retained or deducted and the person indebted for whom the amount has been retained or deducted.

    ANASWER:_____

_____
**Signature of Garnishee**

STATE OF UTAH              )

COUNTY OF                  )

    **I do swear or affirm that: I am the garnishee or person authorized to execute this document;**

    **I make this verification on behalf of garnishee; and the answers to the foregoing Interrogatories are true to the best of my knowledge and belief.**

    **I also swear or affirm that I mailed by first class mail or hand-delivered a copy of the Writ of Garnishment, Answers to Interrogatories, Notice of Garnishment and Exemptions, and two (2) copies of a Request for Hearing, to the Defendant at:**

    **Defendant's name:**_____
    **Street address:**_____
    **City:**_____**State:**_____**Zip:**_____
    **on this date:**_____

**I also swear or affirm that I also mailed by first class mail or hand-delivered one copy each of the Writ of Garnishment, Answers to Interrogatories, Notice of Garnishment and Exemptions, and Request for Hearing to the following person(s).**

| **Name** | **Address:** | **Date Mailed** **or** | **Date Hand-Delivered** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

_____

Signature of Garnishee or Authorized

Signature on Behalf of Garnishee

SUBSCRIBED AND SWORN to before me this _____ day of _____, 20_____

(SEAL)

_____

NOTARY PUBLIC

Residing at:_____

My Commission Expires on_____

## INSTRUCTIONS FOR COMPLETING GARNISHMENT FORMS

1. Provide all required information on the Writ of Garnishment, including the address of the plaintiff or the plaintiff's attorney to which the answers to the Interrogatories will be mailed.

2. Indicate the case name and number where required on all forms.

3. Indicate the name of the garnishee on the Interrogatories.

4. Bring the check for the garnishee to the court for attachment to the Writ of Garnishment at the time that it is issued.

5. Complete the Application for Garnishment. Be certain to include on it the amount remaining on the judgment.

**Thank you for your cooperation**