Thomas Alvord, #14119
**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: (385) 285-1090
Email: thomas@lawhq.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **Thomas Alvord,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**Texnicha Outsourcing Solution,** a corporation;<br><br>Defendant. | **REQUEST FOR HEARING**<br><br>Civil No. 2:19-CV-459-DAK-DAO |

I. Respond to these items if funds in your account were garnished:

   a. I believe that the Writ of Garnishment was issued improperly. (Explain) _____
   _____
   _____

   b. I believe that the Answers to Interrogatories are inaccurate. (Explain)_____
   _____
   _____

   c. The funds in my account are exempt from garnishment because they are: (Check applicable boxes):

      [ ] Social Security Benefits      [ ] Pensions

      [ ] Supplemental Security Income (SSI)      [ ] Alimony/child support

      [ ] Veterans' Benefits      [ ] Public Assistance (welfare)

      [ ] Unemployment Benefits      [ ] Owned by another person

      [ ] Workers' Compensation Benefits      [ ] Partly owned by me

      [ ] Wages/income from personal services

      [ ] Other (describe) _____

d.  Check one box:

    [ ] All funds in my account are exempt.

    [ ] I believe that $ _____ of the amount in my account is exempt. (Fill in the dollar amount you believe is exempt.)

e.  Check if applicable:

    [ ] I claim ownership of all or part of the money or property taken and I am not one of the persons against whom a judgment has been entered.

f.  Check if applicable

    [ ] I have attached copies of the documents that show that my money is Exempt.

**II.**  **Respond to these items if all or part of your wages or garnished.**

  a.  I believe that the writ of garnishment was issued improperly. (Explain) _____

_____

_____

_____

b. I believe that the Answers to Interrogatories are inaccurate. (Explain)_____

_____

_____

_____

c. I believe that all or part of my wages are exempt from garnishment. (Explain)____

_____

_____

_____

**THE STATEMENTS MADE IN THIS REQUEST ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I HEREBY REQUEST THAT THIS MATTER BY SET FOR A HEARING. I HAVE SENT A COPY OF THIS REQUEST FOR HEARING TO THE GARNISHEE.**

**DATED THIS _____ DAY OF _____, 20___.**

*(Please Type or Print)*

Name:_____

Address:_____

_____

_____

Telephone:_____

Signature:_____